UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES

       -against-

DYQUAN CHRISTOPHER,

                    Defendant.
------------------------------------------------------------- x

**ORDER**

22 Cr. 55 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Currently, ECF Nos. 7 and 19 are marked as open. However, the motion to suppress was denied after a hearing on July 5, 2022 and ECF No. 19 is moot because the August 24, 2022 conference was adjourned. Accordingly, the Clerk shall terminate ECF Nos. 7 and 19.

       SO ORDERED.

Dated:    August 30, 2022             /s/ Alvin K. Hellerstein
            New York, New York       ALVIN K. HELLERSTEIN
                                           United States District Judge