**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

UNITED STATES OF AMERICA,                                    22 Cr. 55 (ALC)


                                                            **ORDER**


      -against-


DYQUAN CHRISTOPHER,

----------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

A Violation of Supervised Release Hearing is set for **March 19, 2026**, at **4:00 p.m.**

SO ORDERED.

Dated: New York, New York
      March 18, 2026

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE